UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEREK MORTLAND, an individual, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| NEW INDIANAPOLIS DOWNTOWN HOTEL LIMITED PARTNERSHIP, an Indiana limited liability company; | ) ) ) ) ) CASE NO. 1:16-cv-01861-SEB-MJD |
| ASHFORD TRS LESSEE II LLC, a Delaware limited liability company; | ) ) ) ) |
| Defendants. | ) |

Acknowledged.

This matter is dismissed with prejudice.

Date: __5/2/2017__

*[signature]*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal of this lawsuit in its entirety and with prejudice, with each party to bear his or its own costs and attorneys' fees.  The parties respectively request the Court retain jurisdiction of this action for the sole purpose of enforcing the parties' settlement agreement.

Respectfully submitted,

| | |
|---|---|
| LAW OFFICES OF OWEN B. DUNN, JR. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC |
| By: s/ *Owen B. Dunn Jr. (*with permission) | By:  s/ *Michelle R. Maslowski* |
| Owen B. Dunn Jr., Esq. | Robert F. Seidler (Atty No. 28432-29) |
| The Ottawa Hills Shopping Center | Michelle R. Maslowski (Atty No. 27238-49) |
| 4334 W Central Ave Ste 222 | 111 Monument Circle, Suite 4600 |
| Toledo, OH 43615 | Indianapolis, IN  46204-5402 |
| Phone:  (419) 241-9661 | Phone:  317.916.1300 |
| Fax: (419) 241-9737 | FAX:  317.916.9067 |
| Monroe, MI: (734) 240-0848 | robert.seidler@ogletreedeakins.com |
| *dunnlawoffice@sbcglobal.net* | *michelle.maslowski@ogletreedeakins.com* |
| Attorney for Plaintiff Derek Mortland | Attorneys for Defendants New Indianapolis Downtown Hotel Limited Partnership and Ashford TRS Lessee II LLC |